# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN FELIX, ET AL., | Case No. 2:19-cv-02037-RFB-DJA |
| Plaintiffs, | |
| v. | **ORDER** |
| ALLSTATE INSURANCE COMPANY, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff Counsel T. Augustus Claus' Motion to Withdraw (ECF No. 5), filed on December 1, 2019. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Mr. Claus indicates that Plaintiffs Juan Felix and Habit LLC have not retained him in this litigation. The Court will require that Plaintiff Juan Felix notify the Court by December 23, 2019 as to his intent to proceed pro se or with other representation. Failure to do so may result in dispositive sanctions.

Further, the Court will require that Plaintiff Habit LLC advise the Court if it will retain new counsel by December 23, 2019 as it must retain new counsel if it intends to continue to litigate this matter. *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Filing a notice of new counsel on or before December 23, 2019 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District

Judge assigned to this case that dispositive sanctions be issued against Habit LLC, including dismissal of this action.

**IT IS HEREBY ORDERED** that Plaintiff Counsel T. Augustus Claus' Motion to Withdraw (ECF No. 5) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Juan Felix shall notify the Court as to whether he intends to proceed pro se or retain counsel by **December 23, 2019**. Failure to notify the Court as to his representation status may subject him to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that Plaintiff Habit LLC shall have until **December 23, 2019** to advise the Court if it will retain new counsel. Failure to notify the Court as to their new representation may subject it to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiffs to the civil docket and send a copy of this Order to Plaintiffs' last known address:

Juan Felix and Habit LLC
22010 Cold Creek Road
Indian Springs, NV 89070

DATED: December 2, 2019

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE