# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN FELIX, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, ET AL., <br><br> Defendants. | Case No. 2:19-cv-02037-RFB-DJA <br><br> **ORDER** |

This matter is before the Court on pro se Plaintiff Juan Felix's and Habit LLC's Motion for Extension of Time (ECF No. 9), filed on December 23, 2019. The Court previously granted withdrawal of their counsel as Mr. Claus indicated that Plaintiffs Juan Felix and Habit LLC had not retained him in this litigation. (ECF No. 9). The Court required that Plaintiff Juan Felix notify the Court by December 23, 2019 as to his intent to proceed pro se or with other representation. (*Id.*). Further, the Court required that Plaintiff Habit LLC advise the Court if it will retain new counsel by December 23, 2019 as it must retain new counsel if it intends to continue to litigate this matter. *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). (*Id.*).

In the instant Motion, Plaintiffs request additional time due to Felix's incarceration and he is the only owner of Habit LLC. The Court finds good cause to grant the extension request only until January 27, 2020. Filing a notice of new counsel on or before January 27, 2020 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued against Habit LLC, including dismissal of this action.

**IT IS HEREBY ORDERED** that Plaintiff Juan Felix's and Habit LLC's Motion for Extension of Time (ECF No. 9) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Juan Felix shall notify the Court as to whether he intends to proceed pro se or retain counsel by **January 27, 2020**. Failure to notify the Court as to his representation status may subject him to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that Plaintiff Habit LLC shall have until **January 27, 2020** to advise the Court if it will retain new counsel. Failure to notify the Court as to their new representation may subject it to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiffs to the civil docket and send a copy of this Order to Plaintiffs' last known address:

    Juan Felix and Habit LLC

    High Desert State Prison

    P.O. Box 650

    Indian Springs, NV 89070

DATED: December 30, 2019

_____

DANIEL J. ALBREGTS

UNITED STATES MAGISTRATE JUDGE